**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Bruce S. Alpert, SBN 075684
**BUTTE COUNTY COUNSEL**
25 County Center Drive
Oroville, CA 95965-3380
TEL: 530.538.7621
FAX: 530.538.6891

Attorneys for Defendants BUTTE COUNTY and PERRY L. RENIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN M. HOUGH, Individually and as Heir and Successor in Interest to the Estate of JAMES KENNETH HOUGH, deceased; RYAN J. HOUGH, individually and ZACHARY C. HOUGH, individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>BUTTE COUNTY, a municipality; PERRY L. RENIFF, individually and in official capacity as Sheriff-Coroner of Butte County; CALIFORNIA FORENSIC MEDICAL GROUP, INC., and DOES 1-50, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 2:08-CV-02783 FCD CMK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs LYNN M. HOUGH, RYAN J. HOUGH, and ZACHARY C. HOUGH and Defendants BUTTE COUNTY, PERRY L. RENIFF, and CALIFORNIA FORENSIC MEDICAL GROUP, by and through their respective undersigned counsel, that any and all claims against Defendants **COUNTY OF BUTTE and PERRY L. RENIFF** be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1

00770318.WPD    **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 26, 2010 | By **/s/ David Springfield** |
|  | David Springfield |
|  | LAW OFFICES OF DAVID SPRINGFIELD |
|  | & |
|  | Robert Fruitman |
|  | FRUITMAN LAW OFFICE, P.C. |
|  | Attorneys for Plaintiff |
| DATED: March 26, 2010 | PORTER SCOTT |
|  | A Professional Corporation |
|  | By **/s/ John R. Whitefleet** |
|  | John R. Whitefleet |
|  | Terence J. Cassidy |
|  | Attorney for Defendants |
|  | BUTTE COUNTY and PERRY L. RENIFF |
| DATED: March 26, 2010 | TRIMBLE, SHERINIAN & VARANINI |
|  | By **/s/ Jerome M. Varanini** |
|  | Jerome M. Varanini |
|  | Attorneys for Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC |

IT IS SO ORDERED.

Dated: April 1, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2
00770318.WPD    **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**