1  JEROME M. VARANINI, ESQ. (State Bar No. 58531)
   TRIMBLE, SHERINIAN & VARANINI
2  2500 Venture Oaks Way, Suite 350 (95833)
   P.O. BOX 590
3  SACRAMENTO, CA  95812-0590
   TELEPHONE:  (916) 444-8271
4

5  Attorney for CALIFORNIA FORENSIC MEDICAL GROUP, INC.

6

7
                     UNTIED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11 LYNN M. HOUGH, individually and       CASE NO. 2:08-CV-02783 FCD CMK
   as Heir and Successor in
12 Interest to the Estate of JAMES       **STIPULATION AND ORDER FOR**
   KENNETH HOUGH, deceased; RYAN J.      **DISMISSAL WITH PREJUDICE**
13 HOUGH, individually and ZACHARY
   C. HOUGH, individually,
14
         Plaintiffs,
15
   vs.
16
   BUTTE COUNTY, a municipality;
17 PERRY L. RENIFF, individually,
   and in official capacity as
18 Sheriff-Coroner of Butte County;
   CALIFORNIA FORENSIC MEDICAL
19 GROUP, INC., and DOES 1-50 ,
   inclusive,
20
         Defendants.
21 _____/

22

23      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs LYNN

24 M. HOUGH, RYAN J. HOUGH, and ZACHARY C. HOUGH and Defendants BUTTE

25 COUNTY, PERRY L. RENIFF, and CALIFORNIA FORENSIC MEDICAL GROUP, INC., by

26 and through their respective undersigned counsel, that any and all claims

27 against Defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. be dismissed

28 with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil

1  Procedure, each party to bear their own attorney fees and costs.

2  Dated: April 7, 2010                    LAW OFFICES OF DAVID SPRINGFIELD

4                                          /s/ David Springfield
                                           By: David Springfield,
5                                          Attorney for Plaintiff

7  Dated: April 7, 2010                    PORTER SCOTT
                                           A Professional Corporation

10                                         /s/ John R. Whitefleet
                                           By: John R. Whitefleet,
                                           Attorney for Butte County and
11                                         Perry L. Reniff

13 Dated: April 7, 2010                    TRIMBLE, SHERINIAN & VARANINI

15                                         /s/ Jerome M. Varanini   By:
                                           Jerome M. Varanini
16                                         Attorney for Defendant
                                           California Forensic Medical
17                                         Group, Inc.

        IT IS SO ORDERED.

20 Dated: April 7, 2010                    _____
21                                         FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE